Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER JAGT,<br><br>    Plaintiff,<br><br>v.<br><br>AQUAVENTURE HOLDINGS LIMITED, DOUGLAS BROWN, ANTHONY IBARGUEN, DEBRA COY, HUGH EVANS, PAUL HANRAHAN, DAVID LINCOLN, CYRIL MEDUÑA, RICHARD F. REILLY, and TIMOTHY WHALL,<br><br>    Defendants. | Case No: 1:20-cv-00931-EK-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christopher Jagt hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment. Plaintiff expressly reserves all of his rights.

Dated: May 18, 2020                                      Respectfully submitted,

                                                         **HALPER SADEH LLP**

                                                         By: /s/ Daniel Sadeh
                                                         Daniel Sadeh, Esq.
                                                         375 Park Avenue, Suite 2607
                                                         New York, NY 10152

1

Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

   I, Daniel Sadeh, hereby certify that on May 18, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: May 18, 2020              /s/ Daniel Sadeh
                     Daniel Sadeh